**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **BRENDA CAPEZUTTO, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,**<br><br>**PLAINTIFF**<br><br><br>**v.**<br><br>**CARE BIG, LLC AND CHRISTY HANING, INDIVIDUALLY,**<br><br>**DEFENDANTS** | § § § § § § § § § § § § § § § | **CA No. 3:26-cv-843-E** |

## NOTICE OF SETTLEMENT OF CASE

Plaintiff Brenda Capezzuto file this Notice of Settlement of Case and would respectfully show the Court as follows:

1. On March 30, 2026, the parties reached a settlement agreement in this case.

2. The parties are in the process of preparing the settlement documents and within 14 days expect to dismiss this case with prejudice with each party to bear its own costs and attorney's fees.

Respectfully submitted,

WELMAKER LAW, PLLC


*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
505 Magrill St.
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com


**ATTORNEY FOR PLAINTIFF**


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by email on this the 30th day of March 2026.

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
Counsel for Plaintiff

2